UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANDRA JIMENEZ,<br><br>            Plaintiff,<br>    v.<br><br>TEUFEL NURSERY, INC., et al.,<br><br>            Defendants. | CASE NO. C25-0636-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO STAY PENDING ARBITRATION |

    This matter comes before the Court on the remaining parties' stipulated motion to stay this action pending arbitration. Dkt. No. 29. The Court GRANTS the stipulated motion. *Id.* All deadlines are stayed. The parties are instructed to file a joint status report within 10 days of completion of arbitration informing the Court of the status of this action and whether any claims remain for disposition.

    The Clerk is instructed to TERMINATE Defendant Teufel Nursery, Inc.'s motion to compel arbitration. Dkt. No. 25.

    Dated this 2nd day of June, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO STAY PENDING ARBITRATION - 1